No. 88–1760. WORRELL *v.* B. F. GOODRICH CO. C. A. 9th Cir. Certiorari denied.

No. 88–1780. COOPER *v.* EISENMAN ET AL. C. A. 1st Cir. Certiorari denied.

No. 88–1800. IN RE POWELL. Sup. Ct. Ill. Certiorari denied.

No. 88–1810. STEFFEN *v.* MERIDIAN LIFE INSURANCE CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 88–1817. BARROW *v.* WAHL ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–1823. GLADDEN *v.* ROACH ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–1853. STERNER *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied.

No. 88–1854. DAVENPORT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 88–1869. AYALA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88–1876. FURNARI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 88–1888. NORTON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–6582. DUDLEY *v.* MISSOURI. Ct. App. Mo., Western Dist. Certiorari denied.

No. 88–6636. EMBRY *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 88–6913. BRUSCINO ET AL. *v.* CARLSON ET AL. C. A. 7th Cir. Certiorari denied.

No. 88–6917. MEADE-MURPHY *v.* CITY OF ATLANTA ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–6929. WAGSTAFF *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 88–6935. LEECH *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.